UNITED STATES OF AMERICA
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X

USA

    - against -

CHEYENNE SIMPSON,

                Defendant.

-----------------------------------------------------------X

S4 15 Cr. 00370-01 (NSR)

ORDER ACCEPTING
PLEA ALLOCUTION

ROMÁN, D.J.:

    The Court has reviewed the transcript of the plea allocution in the above-entitled case, the charging papers, and all other pertinent parts of the record. The Report and Recommendation of the Honorable Paul E. Davison, United States Magistrate Judge, dated May 17, 2016, is approved and accepted.

                                      SO ORDERED.

                                      Nelson S. Román
                                      United States District Judge

Dated: White Plains, NY
         June 7, 2016

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/7/2016